AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| ALMA LANGSTON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:15-cv-00376-A |
| APG HOMECARE, INC., ET AL | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  03/17/2016.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: June 13, 2016

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALMA LANGSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-376-A |
| | § | |
| APG HOMECARE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Alma Langston, have and recover from defendants, APG Homecare, Inc. and Alicia Starks, jointly and severally, the amount of Two Hundred Sixteen Thousand Forty-Five and 00/100 Dollars ($216,045.00), plus post-judgment interest thereon at the rate of 0.68%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.[1]

SIGNED March 17, 2016.

JOHN McBRYDE
United States District Judge

---

[1] The court is not awarding costs of court in this judgment because the court cost items were included in the award made to plaintiff against defendants in the judgment.